MICHAEL J. STORTZ (SBN 139386)
Michael.Stortz@dbr.com
MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

MICHAEL W. MCTIGUE JR.*
michael.mctigue@dbr.com
MEREDITH C. SLAWE*
meredith.slawe@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC
* *pro hac vice* to be sought

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WALCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01849-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff Mark Walch ("Plaintiff") filed a Complaint against Defendant Comcast Cable Communications Management, LLC ("Comcast") on September 6, 2017 (Dkt. No. 1);

WHEREAS, the initial deadline for Comcast to answer or otherwise respond to Plaintiff's Complaint was October 9, 2017;

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT

CASE NO. 2:17-CV-01849-WBS-KJN

WHEREAS, pursuant to a stipulation of the parties, the current deadline for Comcast to answer or otherwise respond to Plaintiff's Complaint is November 6, 2017;

WHEREAS, Comcast has acted with diligence in reviewing the Complaint and investigating Plaintiff's allegations;

WHEREAS, the parties through counsel are currently engaged in meet and confer regarding Comcast's position that Plaintiff has agreed to resolve his claims in this action through an individual arbitration proceeding;

WHEREAS, because the parties have not yet reached agreement as to the appropriate forum to resolve this case, they have met and conferred through counsel and agreed to continue Comcast's deadline to respond to the Complaint by an additional 14 days;

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel that the deadline for Comcast to answer or otherwise respond to the Complaint shall be extended to and including November 20, 2017.

IT IS SO STIPULATED.

Dated: October 30, 2017   DRINKER BIDDLE & REATH LLP

By: /s/ Matthew J. Adler
    Michael J. Stortz
    Matthew J. Adler

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Dated: October 30, 2017   HYDE & SWIGART

By: /s/ Yana A. Hart (authorized 10.30.2017)
    Joshua B. Swigart
    Yana A. Hart

Attorneys for Plaintiff
MARK WALCH

**ORDER**

Pursuant to the Stipulation of the parties, **IT IS SO ORDERED**.

**Dated: October 31, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE