MICHAEL J. STORTZ (SBN 139386)
Michael.Stortz@dbr.com
MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

MICHAEL W. MCTIGUE JR.*
michael.mctigue@dbr.com
MEREDITH C. SLAWE*
meredith.slawe@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC
* *pro hac vice* to be sought

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WALCH,<br><br>  Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>  Defendant. | Case No. 2:17-cv-01849-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BINDING ARBITRATION AND STAY OF ACTION PENDING ARBITRATION** |

STIPULATION AND [PROPOSED] ORDER FOR
BINDING ARBITRATION AND STAY OF ACTION
PENDING ARBITRATION

CASE NO. 2:17-CV-01849-WBS-KJN

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, Plaintiff Mark Walch ("Plaintiff") filed a Complaint against Defendant Comcast Cable Communications Management, LLC ("Comcast") on September 6, 2017 (Dkt. No. 1);

WHEREAS, Plaintiff alleges that he had a Comcast account and that he received debt-collection telephone calls concerning this account (Compl. ¶¶ 23, 24, 27);

WHEREAS, Plaintiff asserts claims for negligent and willful violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, for alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and for alleged violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*;

WHEREAS, after the filing of Plaintiff's Complaint, the parties met and conferred and have agreed to resolve Plaintiff's claims in a binding, individual arbitration proceeding administered through the American Arbitration Association in accordance with the terms of the Comcast Agreement for Residential Services ("Subscriber Agreement") applicable to Plaintiff's Comcast account, which is attached hereto as Exhibit A.

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel as follows:

1. Plaintiff's claims in this action shall be resolved through binding, individual arbitration pursuant to the terms of the Subscriber Agreement;

2. This action shall be stayed in its entirety pending completion of the arbitration proceeding;

3. To the extent this action is not stayed on or before November 20, 2017, Comcast shall be relieved of its obligation to answer or otherwise respond to Plaintiff's Complaint on that date; and

4. The parties shall file a joint status report every 120 days from the date this Stipulation is approved by the Court, and, additionally, 30 days after the issuance of any resolution or decision by an arbitrator.

IT IS SO STIPULATED.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER FOR
BINDING ARBITRATION AND STAY OF ACTION    - 2 -    CASE NO. 2:17-CV-01849-WBS-KJN
PENDING ARBITRATION

Dated: November 17, 2017

DRINKER BIDDLE & REATH LLP

By: /s/ Matthew J. Adler
    Michael J. Stortz
    Matthew J. Adler

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Dated: November 17, 2017

HYDE & SWIGART

By: /s/ Yana A. Hart (authorized 11.17.2017)
    Joshua B. Swigart
    Yana A. Hart

Attorneys for Plaintiff
MARK WALCH

## **ORDER**

Pursuant to the Stipulation of the parties, **IT IS SO ORDERED**. The clerk's office shall administratively close this action, to be reopened upon motion of counsel or order of the court.

**Dated: November 20, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER FOR BINDING ARBITRATION AND STAY OF ACTION PENDING ARBITRATION      - 3 -      CASE NO. 2:17-CV-01849-WBS-KJN